UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCO VERCH,

                              Plaintiff,

            -against-

NEW YORK EQUITY GROUP, LLC,

                              Defendant.

-----------------------------------------------------------------X

19-CV-10444 (GBD) (KHP)

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONE CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2020

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for **Thursday, March 19, 2020 at 10:45 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

        **SO ORDERED.**

DATED:    New York, New York
                 March 12, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge