```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCO VERCH,

                           Plaintiff,

        -against-

NEW YORK EQUITY GROUP, LLC,

                           Defendant.

-----------------------------------------------------------------X

19-CV-10444 (GBD)(KHP)

ORDER SCHEDULING TELEPHONIC
STATUS CONFERNCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A telephonic Status Conference in this matter is hereby scheduled for **Wednesday, October 21, 2020 at 2:45pm.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

    SO ORDERED.

DATED:    New York, New York
                September 9, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge